# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-1085
LT Case No. 2017-305027-CFDB

_____

DARRON O. WOODBERRY,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Darron O. Woodberry, Jasper, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

June 5, 2026

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the June 25, 2025 order denying Petitioner's motion for postconviction relief rendered in Case No. 2017-305027-CFDB, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____